DANIEL T. GARRIE, Appellant, *v.* J. FRANK HOWELL, as President of the CONSOLIDATED STOCK EXCHANGE OF NEW YORK, Respondent.

*Associations — alleged unlawful expulsion.*

*Garrie* v. *de Aguero,* 181 App. Div. 931, affirmed.

(Argued November 2, 1920; decided February 1, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 8, 1918, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term. Plaintiff was expelled from defendant association. This action was brought to recover damages therefor, it being alleged that plaintiff was not accorded a fair trial at his hearing before the board of governors and that his expulsion was unlawful.

*Nathan L. Miller* and *Francis Colety* for appellant.

*Alfred Jaretzki, Hjalmar H. Boyesen* and *Miner W. Tuttle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HISCOCK, Ch. J.